# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **RONALD EUGENE CREWEY, JR.,** | ) | |
| Plaintiff, | ) | Case No. 1:18CV00015 |
| v. | ) | **ORDER** |
| **ANDREW SAUL,** | ) | By: James P. Jones |
| **COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed August 13, 2019, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security is GRANTED;

3. The Motion for Summary Judgment by the plaintiff is DENIED.

4. A final judgment will be entered herewith.

ENTER: September 3, 2019

/s/ James P. Jones
United States District Judge